**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BUFFETS, INC.

Plaintiff,

v.

ALEXSIS, INC., and RSKCO CLAIMS SERVICES, INC.,

Defendants.

Civil No. 00-15 JMR/FLN

**STIPULATION FOR AMENDMENT OF COMPLAINT AND ORDER**

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that plaintiff may file and serve the attached Amended Complaint.

Dated: February 16, 2000

FAEGRE & BENSON LLP

Ahna Thoresen

Wendy J. Wildung, #117055
Ahna M. Thoresen, #270659
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Plaintiff Buffets, Inc.

MAR 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 29, 2000

GREENE ESPEL

Larry D. Espel, #27595
Nancy E. Brasel, 266851
333 South Seventh Street
Suite 1700
Minneapolis, MN 55402
Phone: 612/373-8342

Attorneys for Defendants Alexsis, Inc., and RSKCo Claims Services, Inc..

**ORDER**

Based upon the foregoing Stipulation, plaintiff is granted leave to file its Amended Complaint.

**SO ORDERED.**

DATED: 3/31/00

Franklin L. Noel
United States Magistrate Judge

M2:20295039.01