UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Buffets, Inc.,

Plaintiff,

vs.

Alexsis, Inc., and RSKCo Claims Services, Inc.,

Defendants.

Case No. 00-15 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, as follows:

Plaintiff's Complaint in the above-entitled action is hereby dismissed WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1), and without an award of costs, disbursements or fees, including attorney fees, to any party.

Dated: June 2, 2000.

**GREENE ESPEL, P.L.L.P.**

By [signature]
Larry D. Espel, Reg. No. 27595
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Alexsis, Inc. and RSKCo Claims Services, Inc.

JUN 09 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 5, 2000.

**FAEGRE & BENSON LLP**

By ______________________
Ahna M. Thoresen, Reg. No. 270659
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorney for Buffets, Inc.

**ORDER**

Based upon the foregoing Stipulation of the parties pursuant to Fed.R.Civ.P. 41(a)(1), the above-entitled action is dismissed, WITH PREJUDICE, against Buffets, Inc. Let judgment be entered immediately, there being no just reason for delay.

Dated: June 7th, 2000.

**BY THE COURT:**

By: ______________________
Judge of District Court