# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Toupal

Case No. Civil 99-811 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Officer Philip Henry, et al.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant's motion for summary judgment is granted;

2. Plaintiff's motion to amend is denied;

DATE: June 9, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

34